ACCEPTED
04-14-00746-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/3/2015 6:31:00 PM
KEITH HOTTLE
CLERK

 **Schulman, Lopez, Hoffer & Adelstein** LLP

**517 SOLEDAD STREET**
**SAN ANTONIO, TEXAS 78205-1508**
**TELEPHONE: (210) 538-5385     FACSIMILE: (210) 538-5384**
**WWW.SLH-LAW.COM & WWW.K12LAW.COM**

**ROBERT A. SCHULMAN**
RSCHULMAN@SLH-LAW.COM

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/3/2015 6:31:00 PM
KEITH E. HOTTLE
Clerk

*ATTORNEYS AND COUNSELORS FOR TEXAS PUBLIC SCHOOLS AND LOCAL GOVERNMENT*

June 3, 2015

Travis County District Clerk
1000 Guadalupe Street
Austin, Texas 78701

El Paso County District Clerk
500 E. San Antonio, Ste. 103
El Paso, Texas 79901

U. S. District Clerk's Office
San Antonio Division
600 E. Cesar E. Chavez Blvd., Rm. G65
San Antonio, Texas 78206

U. S. District Clerk's Office
Austin Division
501 W. Fifth St., Ste. 1100
Austin, Texas 78701

Ms. Cristina C. Doss,
Ms. Eve Bell and Ms. Page Baird
EEOC, Office for Civil Rights
U. S. Department of Education
1999 Bryan St., Ste. 1600
Dallas, Texas 75201

Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas 78205

Ms. Sherry Wetsch
Special Education Hearing Officer
14103 Manderly Dr.
Houston, Texas 77077

Ms. Brenda Rudd
Special Education Hearing Officer
715 Windsong Trail
Austin, Texas 78746

Ms. Isabel Lozoria-Camarillo
Legal Assistant
TEA Office of Legal Services
Division of Hearings & Appeals
1701 N. Congress
Austin, Texas 78701

Mr. Blake A. Hawthorne
Clerk of the Court
Supreme Court of Texas
P. O. Box 12248
Austin, Texas 78711

State Office of Administrative Hearings
Attn: Deputy Clerk
300 W. 15th St., Ste. 504
Austin, Texas 78701

*Schulman, Lopez, Hoffer & Adelstein, LLP—Trusted advisers and advocates for Texas independent school districts, charter schools and local governments offering accessible, responsive legal representation to our clients.*

Dear Sir or Madam:

Please accept this correspondence as my written designation for vacation. I will be on vacation on the following dates: July 1st through July 19th, 2015.

Accordingly, I request that all pretrial proceedings, including hearings, depositions, and any matters requiring my attendance not be scheduled during this time period.

Yours truly,

**SCHULMAN, LOPEZ,
HOFFER & ADELSTEIN, LLP**

Robert A. Schulman

RAS:cap

cc:    Mr. Brian Kyle and
       Ms. Sherry C. Kyle
       P. O. Box 20058
       Austin, Texas 78720

       Ms. Karen D. Seal
       Attorney at Law
       202 E. Park Ave.
       San Antonio, Texas 78212

       Mr. Martin Cirkiel
       Cirkiel & Associates
       1901 E. Palm Valley Blvd.
       Round Rock, Texas 78664

Mr. James A. Martinez
Attorney at Law
7170 Westwind Dr., Ste. 201
El Paso, Texas 79912

Mr. Casey Stevenson
Attorney at Law
200 E. Main Dr., 11th Fl.
El Paso, Texas 79901

Mr. Drew Harris and
Mr. Enrique M. Varela
Office of the Attorney General of Texas
P. O. Box 12548
Austin, Texas 78711-2548



Ms. Yvonnilda Muñiz
Law Office of Yvonnilda Muñiz
P. O. Box 92018
Austin, Texas 78709

Mr. Eric T. Marin
and Mr. Chris M. Jones
TEA Legal Services Division
1701 N. Congress
Austin, Texas 78701

Mr. Rance Craft
Office of the Attorney General
P. O. Box 12548 (MC 059)
Austin, Texas 78711-2548

Mr. Mark R. Trachtenberg
Haynes & Boone, LLP
1 Houston Center
1221 McKinney St., Ste. 2100
Houston, Texas 77010

Hon. Craig T. Enoch,
Ms. Melissa A. Lorber and
Ms. Shelby L. O'Brien
Enoch Kever, PLLC
600 Congress Ave., Ste. 2800
Austin, Texas 78701

Mr. John W. Turner
Haynes & Boone, LLP
2323 Victory Ave., Ste. 2100
Dallas, Texas 75219

Mr. J. Christopher Diamond
The Diamond Law Firm, PC
17484 Northwest Freeway, Ste. 150
Houston, Texas 77040

Mr. David Feldman, Mr. Cris Feldman
and Ms. Deidra Sullivan
Feldman & Feldman, PC
5520 Hidalgo St.
Houston, Texas 77056

Mr. James C. Ho
Gibson, Dunn & Crutcher, LLP
2100 McKinney Ave., Ste. 1100
Dallas, Texas 75201

Mr. Richard E. Gray III,
Ms. Toni Hunter and
Mr. Richard E. Gray IV
Gray & Becker, PC
900 West Ave.
Austin, Texas 78701

Mr. Randall B. Wood and
Mr. Doug W. Ray
Ray & Wood
2700 Bee Caves Rd., #200
Austin, Texas 78746

Ms. Marisa Bono
MALDEF
110 Broadway, Ste. 300
San Antonio, Texas 78205

Mr. Roger L. Rice
META, Inc.
240A Elm St., Ste. 22
Somerville, MA 02144

Ms. Holly G. McIntush
Thompson & Horton, LLP
400 W. 15th St., Ste. 1430
Austin, Texas 78701



Mr. J. David Thompson, III
and Mr. Philip Fraissinet
Thompson & Horton, LLP
3200 Southwest Fwy., Ste. 2000
Houston, Texas 77027

Hon. Wallace B. Jefferson
and Ms. Rachel A. Ekery
Alexander, Dubose,
Jefferson & Townsend, LLP
515 Congress Ave., Ste. 2350
Austin, Texas 78701

Mr. Matthew Pearson
Gravely & Pearson
425 Soledad St., Ste. 600
San Antonio, Texas 78205

Mr. Richard Bonner
Kemp Smith
221 N. Kansas, Ste. 1700
El Paso, Texas 79901

Mr. R. Chris Pittard
Forte & Pittard
1777 NE Loop 410, Ste. 600
San Antonio, Texas 78217

Mr. Donald G. Henslee
Attorney at Law
700 Lavaca St., Ste. 1400
Austin, Texas 78701

Ms. Olivia B. Ruiz
Attorney at Law
1115 W. 22-1/2 St.
Austin, Texas 78705

Mr. William T. Thompson
Gibson, Dunn & Crutcher, LLP
2100 McKinney Ave., Ste. 1100
Dallas, Texas 75201

